# SUPERIOR COURT

Edward Wilkinson & Co.,
Inc.
vs.  No. 56585
Universal Safety Ash Tray
Co.

RESCRIPT.
April 22, 1925.

BLODGETT, J. Heard upon defendant's motion for new trial after verdict for plaintiff by a jury for $972.95.

This action arose over an alleged contract by plaintiff to manufacture certain cabinets to be used by the defendant in its business of manufacturing ash trays. The cabinets were ordered by one Goldie on behalf of defendant corporation and the question at issue was whether Goldie was authorized to order the cabinets.

The testimony of plaintiff disclosed that a certain number of these cabinets were made but the testimony was conflicting as to delivery of the same.

Neither plaintiff nor defendant under the testimony apparently had such direct relations with each other as is ordinarily the case in such matters, but there seems no doubt that cabinets were made and accepted by the defendant's agents and employees, and the value of such deliveries passed upon by the jury.

Motion for new trial denied.
For Plaintiff: C. S. Slocum.
For Defendant: Alfred G. Chaffee.

# SUPERIOR COURT

Domenica Scotti
vs.  No.57125
Antonio Di Biario

RESCRIPT.
April 22, 1925.

BLODGETT, J. Heard upon motion for new trial after verdict of the jury for plaintiff for $300.

This was an action for assault and battery alleged to have been committed upon the plaintiff June 6, 1923, and was submitted to the jury on the question of fact as to whether an assault had been committed, and there was evidence upon which a verdict for plaintiff could be based.

As to the damages, a bill of particulars was filed and the Court can not say the damages returned are excessive.

Motion denied.

For Plaintiff: J. H. Di Stefano and Peter W. M'cKiernan.

For Defendant: Anthony V. Pettine.